No. 196. McCANN *v.* UNITED STATES ET AL. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. The motions for other relief are also denied.

No. 314. ANDERSON *v.* NIERSTHEIMER, WARDEN. October 8, 1945. The petition for writ of certiorari to the Circuit Court, Randolph County, Illinois, is denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C. § 350.

No. 290. HALLIBURTON OIL WELL CEMENTING CO. *v.* WALKER ET AL., DOING BUSINESS AS DEPTHOGRAPH COMPANY. See *ante,* p. 705.

No. 169. CHICKASAW NATION *v.* UNITED STATES; and No. 337. UNITED STATES *v.* CHICKASAW NATION ET AL. October 15, 1945. Petitions for writs of certiorari to the Court of Claims denied. *Messrs. William A. Cornish* and *Paul M. Niebell* for petitioner in No. 169. *Acting Solicitor General Judson, Messrs. J. Edward Williams, Roger P. Marquis, John C. Harrington* and *Walter J. Cummings, Jr.* for the United States. Reported below: 103 Ct. Cls. 45.

No. 193. BERG SHIPBUILDING CO. ET AL. *v.* UNITED STATES. October 15, 1945. Petition for writ of certiorari to the Court of Claims denied. Petitioners *pro se. Acting Solicitor General Judson, Messrs. Paul A. Sweeney* and *Jerome H. Simonds* for the United States.

No. 233. ZINSER ET AL. *v.* FEDERAL PETROLEUM BOARD. October 15, 1945. Petition for writ of certiorari to the